THE PEOPLE OF PUERTO RICO, Plaintiff and Appellee, *v.* INO-
CENCIO BATISTA, Defendant and Appellant.

No. CR-71-22. Decided November 10, 1971.

*Santos P. Amadeo* for appellant. *Gilberto Gierbolini, Solicitor
General,* and *Peter Ortiz, Deputy Solicitor General,* for The
People.

PER CURIAM: On November 2, 1970, at a new trial, appel-
lant was convicted of a violation of § 5-201 of the Vehicle and
Traffic Law of Puerto Rico (9 L.P.R.A. § 871), and ordered
to pay a $100 fine.

On appeal he assigns, as sole error, that he was deprived
of the right to trial by jury, according to the cases of *Duncan*
v. *Louisiana,* 391 U.S. 145, and *Baldwin* v. *New York,* 399
U.S. 66.

In *Duncan* v. *Louisiana, supra,* it was held that the right
to trial by jury in criminal cases is a fundamental right, for
which reason the states are bound to acknowledge it as part
of the guarantee of the due process of law. In *Baldwin* v.
*New York, supra,* the application of the right to trial by
jury was limited to offenses whose maximum penalty
exceeded 6 months.

The offense for which appellant was convicted is a misdemeanor the maximum penalty of which has been limited by Act No. 9 of July 7, 1971, to no more than 6 months in jail nor more than a $500 fine.

 Assuming the applicability of the case of Baldwin to the new trial held against appellant on November 2, 1970, we consider that when a misdemeanor is involved, as in this case, whose penalty has been limited to no more than 6 months in jail, we conclude that under these circumstances there is no justification for us to disturb the judgment rendered.

The judgment rendered by the trial court will be affirmed.

Mr. Chief Justice Negrón Fernández and Mr. Justice Hernández Matos did not participate in this decision.